MJB Motels v. Jefferson County Board of Equalization No. 22SC798
Supreme Court of Colorado
November 14, 2022

 As to
 the following issues:

 Whether
 the district court erred in concluding, as a matter of law,
 that the COVID-19 pandemic was not a detrimental act of
 nature as contemplated by C.R.S. § 39-1-104(11)(b)(I)
 and therefore not an "unusual condition"
 thereunder.

 Whether
 the district court erred in concluding, as a matter of law,
 that the various regulations imposed by the Governor and
 Public Health authorities in response to the pandemic were
 not regulations restricting or increasing the use of land as
 contemplated by C.R.S. § 39-1104(11)(b)(I) and therefore
 not an "unusual condition" thereunder.

 Whether
 the district court erred in dismissing Taxpayers complaint on
 the basis of factual assumptions and speculation.

1